**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1127**

MEINEKE CAR CARE CENTERS, INC.,

Plaintiff - Appellee,

v.

JOSEPH E. GLOVER,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.   Frank D. Whitney, District Judge.  (3:10-cv-00667-FDW-DCK)

Submitted:  August 24, 2011        Decided:  September 13, 2011

Before NIEMEYER, DAVIS, and WYNN, Circuit Judges.

Affirmed in part; dismissed in part by unpublished per curiam opinion.

Joseph E. Glover, Appellant Pro Se.   Amy Kathleen Reynolds, Deputy General Counsel, Ted P. Pearce, DRIVEN BRANDS, INC., Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph E. Glover appeals the district court's order granting a preliminary injunction to Meineke Car Care Centers, Inc. We review the district court's order for abuse of discretion. Planned Parenthood of Blue Ridge v. Camblos, 155 F.3d 352, 359 (4th Cir. 1998) (en banc). We conclude the district court did not abuse its discretion. Accordingly, we affirm the district court's order.

Glover also challenges the district court's disposition of his argument that venue did not lie in the Western District of North Carolina. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The district court's determination of venue is not a final or appealable interlocutory or collateral order. Accordingly, we dismiss these arguments for lack of jurisdiction.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED IN PART;
DISMISSED IN PART